UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-17450-ERW |
|---|---|---|
| | § | |
| TIMOTHY SCOTT LEACH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $186,912.00 | Assets Exempt: | $68,742.00 |
| Total Distributions to Claimants: | $438.08 | Claims Discharged Without Payment: | $65,947.30 |
| Total Expenses of Administration: | $3,062.35 | | |

3) Total gross receipts of $3,500.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,500.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $131,917.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,062.35 | $3,062.35 | $3,062.35 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $65,899.00 | $66,385.38 | $66,385.38 | $438.08 |
| **Total Disbursements** | $197,816.00 | $69,447.73 | $69,447.73 | $3,500.43 |

4). This case was originally filed under chapter 7 on 05/14/2009. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2011          By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1998 Harley Davidson Road King, 13k miles | 1129-000 | $3,500.00 |
| Interest Earned | 1270-000 | $0.43 |
| **TOTAL GROSS RECEIPTS** | | $3,500.43 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage INC | 4110-000 | $131,917.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $131,917.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $875.07 | $875.07 | $875.07 |
| David Leibowitz, Trustee | 2200-000 | NA | $72.28 | $72.28 | $72.28 |
| Albany's 1/2 Sale Fee, Other Professional | 3992-000 | NA | $75.00 | $75.00 | $75.00 |
| Storage Fees From 06/18/09 - 07/30/10, Other Professional | 3992-000 | NA | $2,040.00 | $2,040.00 | $2,040.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,062.35 | $3,062.35 | $3,062.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-900 | $8,571.00 | $8,571.18 | $8,571.18 | $56.56 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $8,705.00 | $8,705.85 | $8,705.85 | $57.45 |
| 3 | American Express Centurion Bank | 7100-900 | $16,055.00 | $16,540.35 | $16,540.35 | $109.15 |
| 4 | FIA CARD SERV NA/BK OF AMERICA NA (USA) | 7100-900 | $32,568.00 | $32,568.00 | $32,568.00 | $214.92 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $65,899.00 | $66,385.38 | $66,385.38 | $438.08 |

**UST Form 101-7-TDR (5/1/2011)**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 09-17450-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LEACH, TIMOTHY SCOTT | Date Filed (f) or Converted (c): | 05/14/2009 (f) |
| For the Period Ending: | 7/15/2011 | §341(a) Meeting Date: | 06/17/2009 |
| | | Claims Bar Date: | 09/22/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   60478 - (Debtors primary | $125,000.00 | $0.00 | DA | $0.00 | FA |
| 2   checking account with First Midwest xxx4971 | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 3   Household goods; TV, VCR, stereo, sofa, vacuum, | $1,000.00 | $700.00 | DA | $0.00 | FA |
| 4   Books, Compact Discs, Tapes/Records, Family Pict | $100.00 | $0.00 | DA | $0.00 | FA |
| 5   Necessary wearing apparel. | $50.00 | $0.00 | DA | $0.00 | FA |
| 6   Watch | $25.00 | $0.00 | DA | $0.00 | FA |
| 7   Kodak digital camera | $50.00 | $0.00 | DA | $0.00 | FA |
| 8   Term Life Insurance - No Cash Surrender Value. | $0.00 | $0.00 | DA | $0.00 | FA |
| 9   MetLife-IRA (Pension w/ Employer/Former Employer | $47,167.00 | $0.00 | DA | $0.00 | FA |
| 10  2003 Dodge Ram 2500, 61k miles | $5,050.00 | $0.00 | DA | $0.00 | FA |
| 11  1998 Harley Davidson Road King, 13k miles | $7,470.00 | $7,470.00 | DA | $3,500.00 | FA |
| 12  Family Pets/Animals. | $0.00 | $0.00 | DA | $0.00 | FA |
| INT Interest Earned              (u) | Unknown | Unknown | DA | $0.43 | FA |

**TOTALS (Excluding unknown value)**                                                                              **Gross Value of Remaining Assets**

                         $186,912.00            $8,170.00                                      $3,500.43            $0.00

**Major Activities affecting case closing:**
Motorcycle to be sold
Waiting for spring selling season - motorcycle has been at Albany for close to a year.
TFR in progress
TFR Completed for Trustee's review

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/17/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/17/2011 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 09-17450-ERW | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LEACH, TIMOTHY SCOTT | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1798 | | **Checking Acct #:** | ******7450 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 5/14/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/15/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/16/2011 | | Transfer From: #******7450 | | 9999-000 | $1,385.43 | | $1,385.43 |
| 03/16/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $72.28 | $1,313.15 |
| 03/16/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $875.07 | $438.08 |
| 03/16/2011 | 2003 | DISCOVER BANK | Claim #: 1; Amount Claimed: 8,571.18; Amount Allowed: 8,571.18; Distribution Dividend: 0.66; | 7100-900 | | $56.56 | $381.52 |
| 03/16/2011 | 2004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 8,705.85; Amount Allowed: 8,705.85; Distribution Dividend: 0.66; | 7100-900 | | $57.45 | $324.07 |
| 03/16/2011 | 2005 | American Express Centurion Bank | Claim #: 3; Amount Claimed: 16,540.35; Amount Allowed: 16,540.35; Distribution Dividend: 0.66; | 7100-900 | | $109.15 | $214.92 |
| 03/16/2011 | 2006 | FIA CARD SERV NA/BK OF AMERICA NA (USA) | Claim #: 4; Amount Claimed: 32,568.00; Amount Allowed: 32,568.00; Distribution Dividend: 0.66; | 7100-900 | | $214.92 | $0.00 |
| | | | **TOTALS:** | | $1,385.43 | $1,385.43 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,385.43 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,385.43 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,385.43 | |

| **For the period of 5/14/2009 to 7/15/2011** | | **For the entire history of the account between 03/16/2011 to 7/15/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,385.43 | Total Internal/Transfer Receipts: | $1,385.43 |
| | | | |
| Total Compensable Disbursements: | $1,385.43 | Total Compensable Disbursements: | $1,385.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,385.43 | Total Comp/Non Comp Disbursements: | $1,385.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-17450-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | LEACH, TIMOTHY SCOTT | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******1798 | **Money Market Acct #:** ******7450 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 5/14/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/15/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/04/2010 | | ALBANY, Inc | | * | $1,385.00 | | $1,385.00 |
| | {11} | | $3,500.00 | 1129-000 | | | $1,385.00 |
| | | | Albany's 1/2 Sale Fee $(75.00) | 3992-000 | | | $1,385.00 |
| | | | Storage Fees From 06/18/09 - 07/30/10 $(2,040.00) | 3992-000 | | | $1,385.00 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.05 | | $1,385.05 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.06 | | $1,385.11 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.06 | | $1,385.17 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.06 | | $1,385.23 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.06 | | $1,385.29 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.06 | | $1,385.35 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.05 | | $1,385.40 |
| 03/16/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 3/16/2011 | 1270-000 | $0.03 | | $1,385.43 |
| 03/16/2011 | | Transfer To: #******7450 | | 9999-000 | | $1,385.43 | $0.00 |
| | | | **TOTALS:** | | $1,385.43 | $1,385.43 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,385.43 | |
| | | | **Subtotal** | | $1,385.43 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,385.43 | $0.00 | |

| **For the period of 5/14/2009 to 7/15/2011** | | **For the entire history of the account between 08/04/2010 to 7/15/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,500.43 | Total Compensable Receipts: | $3,500.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.43 | Total Comp/Non Comp Receipts: | $3,500.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,115.00 | Total Compensable Disbursements: | $2,115.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,115.00 | Total Comp/Non Comp Disbursements: | $2,115.00 |
| Total Internal/Transfer Disbursements: | $1,385.43 | Total Internal/Transfer Disbursements: | $1,385.43 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-17450-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LEACH, TIMOTHY SCOTT | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1798 | | Money Market Acct #: | ******7450 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/14/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/15/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,385.43 | $1,385.43 | $0.00 |

| **For the period of 5/14/2009 to 7/15/2011** | | **For the entire history of the case between 05/14/2009 to 7/15/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,500.43 | Total Compensable Receipts: | $3,500.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.43 | Total Comp/Non Comp Receipts: | $3,500.43 |
| Total Internal/Transfer Receipts: | $1,385.43 | Total Internal/Transfer Receipts: | $1,385.43 |
| | | | |
| Total Compensable Disbursements: | $3,500.43 | Total Compensable Disbursements: | $3,500.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.43 | Total Comp/Non Comp Disbursements: | $3,500.43 |
| Total Internal/Transfer Disbursements: | $1,385.43 | Total Internal/Transfer Disbursements: | $1,385.43 |